# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

STEPHANIE WYANT, as personal representative of the Estate of Steven
Wyant, deceased,

Appellant,

v.

MARK MINGEE,

Appellee.

No. 2D2025-0424

———————————————

July 15, 2026

Appeal from the Circuit Court for Pinellas County; Rebecca L. Hamilton,
Judge.

Valerie L. Leatherwood, Stephen A. Barnes, and Adam D. Rieth of Barnes
Trial Group, Tampa, for Appellant.

Warren B. Kwavnick of The Law Office of Warren B. Kwavnick, PLLC,
Pembroke Pines, for Appellee.

PER CURIAM.

Affirmed.

KELLY, BLACK, and GUARD, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.